**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8     IN THE UNITED STATES DISTRICT COURT
9     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   ROBERT GOMEZ,                                    No. C 10-02262 SBA (PR)
12           Petitioner,                              **ORDER TO SHOW CAUSE**
13       v.
14   RANDY GROUNDS, Acting Warden,
15           Respondent.
16   _____/
17         Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28
18   U.S.C. § 2254. He has paid the $5.00 filing fee. It does not appear from the face of the petition that
19   it is without merit. Good cause appearing, the Court hereby issues the following orders:
20         1.    The Clerk of the Court shall serve a copy of this Order and the petition and all
21   attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State
22   of California. The Clerk shall also serve a copy of this Order on Petitioner at his current address.
23         2.    Respondent shall file with this Court and serve upon Petitioner, within **one-hundred
24   and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5
25   of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not
26   be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records
27   that have been transcribed previously and that are relevant to a determination of the issues presented
28   by the petition.

3. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

4. Respondent may file with this Court and serve upon Petitioner, within **sixty (60) days** of the issuance of this Order, a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

5. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and Respondent informed of any change of address and must comply with the Court's orders in a timely fashion. Petitioner must also serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

6. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline sought to be extended.

IT IS SO ORDERED.

DATED: 8/25/10

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.10\Gomez2262.OSC.wpd    2

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

6  ROBERT GOMEZ,                                                Case Number: CV10-02262 SBA
7           Plaintiff,                                          **CERTIFICATE OF SERVICE**
8     v.
9  RANDY GROUNDS et al,
10          Defendant.
                                                    /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Gomez H-51048
Salinas Valley State Prison - Soledad
P.O. Box 689
Soledad, CA 93960-0689

Dated: August 25, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.10\Gomez2262.OSC.wpd    3