IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GOMEZ,**<br><br>                              Petitioner,<br><br>        v.<br><br>**ROBERT GROUNDS, Acting Warden,**<br><br>                              Respondent. | Case No. C 10-02262 SBA<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent applied ex parte for an extension of time to file his Motion to Dismiss the Petition for Writ of Habeas Corpus. For good cause having been shown, it is hereby ordered that Respondent is granted an extension of time to file and serve his Motion to Dismiss, if necessary, until November 22, 2010. All other provisions of the Court's August 25, 2010 order shall remain in full force and effect.

Dated: _10/18/10

_____
The Honorable Saundra B. Armstrong

1

[Proposed] Order (C 10-02262 SBA)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT GOMEZ,

     Plaintiff,

v.

RANDY GROUNDS et al,

     Defendant.
                                        /

Case Number: CV10-02262 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Gomez H-51048
Salinas Valley State Prison - Soledad
P.O. Box 689
Soledad, CA 93960-0689

Dated: October 20, 2010

                                  Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk